UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JHAIR RICSE MENDOZA,<br><br>     Petitioner,<br><br>v.<br><br>BRIAN HENKEY, Field Office Director of Enforcement and Removal Operations, Salt Lake City Immigration and Customs Enforcement Field Office; KENNETH PORTER, Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; MIKE HOLLINSHEAD, Sheriff of Elmore County,<br><br>     Respondents. | Case No. 1-26-cv-00020-AKB<br><br>**ORDER** |

Pending before the Court is Petitioner Jhair Ricse Mendoza's Petition for Habeas Relief Under 28 U.S.C. § 2241 (Dkt. 1). Ricse Mendoza claims that he is a Mexican national who has lived in the United States since his entry without inspection in 2023 (*id.* at ¶¶ 1, 18). On January 13, 2026, Immigration and Customs Enforcement (ICE) agents seized Ricse Mendoza (*id.* at ¶ 1). Ricse Mendoza is currently detained at the Elmore County Detention Center in Mountain Home, Idaho (*id.* at ¶ 18). Ricse Mendoza contends his detention is unlawful because the Department of Homeland Security (DHS) and the Executive Office of Immigration Review (EOIR) have determined he is subject to mandatory detention without the possibility of bond under 8 U.S.C.

**ORDER – 1**

§ 1225(b)(2)(A) (*id.* at ¶¶ 2, 5). Ricse Mendoza has also filed a Motion for Temporary Restraining Order (Dkt. 2).

Having considered the petition, the Court finds Ricse Mendoza may be entitled to relief. The Court will therefore order Respondents to respond to the petition in accordance with the instructions set forth below. *See Danforth v. Minnesota*, 552 U.S. 264, 278 (2008) (court may adjust habeas procedures based on "equitable and prudential considerations"); *Hickey v. Adler*, 08-CV-826, 2008 WL 3835764, at *2 (E.D. Cal. 2008) (applying the Rules Governing § 2254 Cases to a § 2241 habeas proceeding, which require the judge to "order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

## I.    ORDER

**IT IS ORDERED that:**

1.    Respondents shall file a response to the Petition for Writ of Habeas Corpus (Dkt. 1) and to Petitioner's Motion for Temporary Restraining Order (Dkt. 2) no later than **January 21, 2026**.

2.    Petitioner shall have an opportunity to file a reply no later than **January 26, 2026**.

3.    Service of the Petition and this Order shall be made by Petitioner on the United States Attorney for the District of Idaho by **January 19, 2026**, and shall constitute good and sufficient service.

4.    To further expedite adjudication of this matter, the Clerk of Court is directed to promptly provide a copy of the Petition and this Order to the Justin D. Whatcott and Christine England with the United States Attorney's Office for the District of Idaho via email at justin.whatcott@usdoj.gov and Christine.England@usdoj.gov. The Clerk shall also serve a copy

of the Petition, Motion for Temporary Restraining Order, and this Order upon Respondents by certified mail.

5.       To preserve the status quo, and pursuant to the All Writs Act, 28 U.S.C. § 1651, Petitioner may not be removed from the United States or the District of Idaho until further order of this Court.

6.       To further preserve the status quo, and protect the Petitioner's right to continued access to counsel, during the briefing and hearing process and until the Court can issue a decision, Respondents may not engage in activities or communications with the Petitioner in an effort to secure the abandonment of his rights in this action or regarding his rights in removal proceedings, without the presence of counsel.

DATED: January 14, 2026

Amanda K. Brailsford
U.S. District Court Judge

ORDER – 3